Dismissed and Memorandum Opinion filed September 13, 2007








Dismissed
and Memorandum Opinion filed September 13, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01152-CV

____________

 

JAMES WILLARD COLLINS, JR.,
Appellant

 

V.

 

JOHN THOMAS PARKER AND RONALD E.
PARKER, Appellees

 



 

On Appeal from Probate Court No. 3

Harris County, Texas

Trial Court Cause No.
188,955

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 7, 2006.  The clerk=s record was filed on March 3, 2007. 
The reporter=s record was filed June 12, 2007.  No brief was filed.

On July
26, 2007, this Court issued an order stating that unless appellant submitted
his brief, together with a motion reasonably explaining why the brief was late,
on or before August 27, 2007, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








Appellant=s response demonstrates no reasonable
explanation for failure to timely file a brief or a motion for extension of
time.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 13, 2007.

Panel consists of Chief
Justice Hedges, Justices Hudson and Frost.